■ GEORGIA SMITH, Respondent, v. RALPH L. SMITH, Appellant.— Defendant appeals from so much of an order of the Supreme Court as grants $15 per week temporary alimony to plaintiff in a separation action. The defendant asserts that the complaint and moving papers do not show merit and a reasonable probability of success. We agree with appellant that mere quarrels and bickering are not a ground for separation, but the papers allege much more than that, and if the allegations are established provide adequate ground upon which the court could grant a separation. The court cannot try the merits upon affidavits, and, in its discretion allowed a modest sum for temporary alimony. If there be no merit to plaintiff's case defendant should press for a prompt trial and thereby obtain relief. Order unanimously affirmed, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. WILLIAM S. DOUGLAS, AUGUSTUS J. LA COMB, CLARENCE F. LA COMB AND HAROLD J. LA COMB, Respondents.— The appeal, which was submitted without oral argument, presents the issue of the constitutionality of section 1141 of the Penal Law, dealing with "obscene prints and articles". The decision in *Smith* v. *California* (358 U. S. 926) is not discussed in the briefs. Oral argument of the appeal at the next term of this court is directed with permission to the parties to file supplemental briefs, appellant on or before July 1, 1960 and respondent on or before July 16, 1960, copies to be served upon the Attorney-General, who is invited to appear, file a brief and participate in the oral argument. (Executive Law, § 71.) Any person desiring to file a brief *amicus curiæ* may apply prior to September 1, 1960 for permission. Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.